AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

FILED
HARRISBURG, PA
MAR 22 2017
VC

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

Wellness York-Hospital Community Health (Dr. Jain And Dr. Chrisha/Ninuc DC. Dr. McCracken
_____
Plaintiff

v.   Civil Action No. 1:17-CV-503

Jody K. Butts
_____
Defendant

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury: (recording 3/21/2017)

1. *If incarcerated.* I am being held at:   NO   (Dr. McCracken) (administrator)
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months. NEVER Complied with, Dr. Shaul, Specialist Emily

2. *If not incarcerated.* If I am employed, my employer's name and address are: or Dr. Mason.
(Pro-bono Attorney)

My gross pay or wages are: $ SSI 753.00 months, and my take-home pay or wages are: $ N/A per
*(specify pay period)* _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☑ Yes    ☐ No
(b) Rent payments, interest, or dividends              ☐ Yes    ☐ No
(c) Pension, annuity, or life insurance payments       ☐ Yes    ☐ No
(d) Disability, or worker's compensation payments      ☑ Yes    ☐ No
(e) Gifts, or inheritances                             ☐ Yes    ☐ No
(f) Any other sources                                  ☐ Yes    ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 198.00

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: NONE (DR. McCracken) talk to one 3-21-2017, He Had Several People on phone, and recording in room, he talk So fast about 2 months of Pills, they took me off, And, I ask about being Sent to Apple Hill prescritions, and prescription for my Walker (that Dr. Christen/Nivas, leaving Sick from Not Sending release forms —

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: (Transit Bus, takes me to Doctors, Hershey PA. (I'd like (the recording) York, PA. (717) 846-7433 - mobile, came, need transpotation, Help- And know who all was in Room Last 2-yrs. (Discrimatory) Acts, Against me.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: (Son) Home Health Care.) Mark a Martin Going threw Agy and Augency Program. Put a Attach letter - Head.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: (working threw thier Program to take care of my Disabilities.)

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims. yes

Date: 3/21/2017

Jody K. Butts
Applicant's signature

Jody K. Butts
Printed name

To: Any AGING-AGENCY (Home Health Care)
(To Whom May Concern) Dr. Mark W. Mason
(Jody K. Butts) Dr. Shaul
Specialist: Emily
(I'm giving Consent) for my oldest Son:
(Mark A. Martin) to take care of me, with
(my Disability, with) (Hershey Medical)
30 Hope Drive.
(Health care worker.) (Hershey, Medical information
PA.
(with Exray) Radiology, Laboratory visits.
Office Visits, Medical Records, medications, CDS
any treatments. (Health information, medical assistant
Release of my Information (Laboratory visits)
(with Mason, MD Mark W. / DR. Shaul)
Penn State Hershey Medical Group, Bone and
Joint Institute, 30 Hope Drive, Suite 2400, Entrance
B, Hershey PA. 17033 (717) 531-5638

DR. Kristina / YHCHC Nivus DO (717) 851-23__
WS. Community Health CTR
605 S. George St.
(Family Doctor) Release of Information/Health ca__
Provider) my Son) Mark A Martin/release of
information/Records/medical/medication/Disability
of my Health./Any Portal Information on Record

Given to Penn State Health          Thank you, Kindly
on 2/24/17                           Jody K Butts

To: Any AGING-AGENCY )(HOME HEALth Care)
(To whom May Concern) DR. Mark W. Mason
(Jody K. Butts)      (DR. Shaul
                     Specialist: Emily)
(I'm giving Consent) for my oldest son:
(Mark A. Martin) to take care of me, with
(my Disability, with)(Hershey Medical)
                      30 Hope Drive.
(Health care worker.)  (Hershey, Medical infor-)
                        Pa.                (mation)
(with X-ray) Radiology, Laboratory visits.
Office visits, Medical Records, medications, CDS,
any treatments. (Health information, medical assistants
  (Release of my Information (Laboratory visits))
(with Mason, MD Mark W./DR. Shaul)
Penn State Hershey Medical Group, Bone and
Joint Insitute, 30 Hope Drive, Suite 2400, Entrance
B, Hershey PA. 17033 (717) 531-5638

DR. Kristina/YHCHC Nivus DO )(717)851-2334
WS. Community Health CTR
605 S. George St.
(Family Doctor) Release of Information/Health care
Provider) My Son) Mark A Martin/release of
information/Records/medical/medication/Disabity
of my Health./Any Portal Information on Records

Thank you, Kindly
Jody K. Butts