IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JODY K. BUTTS,** | : | **Civil No. 1:17-cv-0503** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **YORK HOSPITAL,** *et al.*, | : | |
| | : | |
| **Defendant.** | : | **Judge Sylvia H. Rambo** |

## O R D E R

The background of this order is as follows: Plaintiff filed a complaint on March 22, 2017. (Doc. 1.) The court issued an order on March 23, 2017, instructing Plaintiff to file an appropriate pleading pursuant to Federal Rule of Civil Procedure 8. (Doc. 7.) Plaintiff filed an amended complaint (Doc. 8) on March 29, 2017, along with a motion for leave to proceed *in forma pauperis* (Doc. 9) and a motion to appoint counsel (Doc. 10).

Plaintiff's amended complaint has once again failed to comply with Federal Rule of Civil Procedure 8. The court notes that Plaintiff has not established federal question or diversity jurisdiction. It appears that Plaintiff is complaining about the medical care she received from doctors at various medical institutions in York County, Pennsylvania. To the best of the court's knowledge, none of the hospitals mentioned in the amended complaint receive federal funds which would avail Plaintiff to this court's jurisdiction. Further, it is difficult to even determine

who is a defendant in this case. For these reasons, the court holds that granting Plaintiff leave to amend her complaint would be futile.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's amended complaint is **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 9) and motion to appoint counsel (Doc. 10) are **MOOT**. The Clerk of Court is directed to close this file.

s/Sylvia Rambo<br>SYLVIA H. RAMBO<br>United States District Judge

Dated: April 5, 2017